# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | CIVIL ACTION NO. |
| | 1:06-CV-01652 |
| v. | |
| CITY OF EUCLID, OHIO and | JUDGE KATHLEEN M. O'MALLEY |
| CUYAHOGA COUNTY | |
| BOARD OF ELECTIONS, | |
| Defendants. | |

## NOTICE OF SERVICE OF UNITED STATES' EXPERT REPORTS

Plaintiff, United States of America, served its expert reports on Defendants, City of Euclid, Ohio and the Cuyahoga County Board of Elections, on February 1, 2007, via First Class U.S. Mail, to the following attorneys:

    HILARY S. TAYLOR
    Weston Hurd LLP
    The Tower at Erieview
    1301 East 9th St., Suite 1900
    Cleveland, Ohio 44114-1862

    CHRIS FREY
    City of Euclid, Law Director
    Euclid City Hall
    585 East 222nd Street
    Euclid, OH 44123

    ATTORNEYS FOR DEFENDANT CITY OF EUCLID, OHIO

WILLIAM D. MASON
County Prosecuting Attorney
DAVID LAMBERT
FREDERICK W. WHATLEY
Assistant County Prosecuting Attorney
Justice Center Bldg.
1200 Ontario Street
Cleveland, OH 44115

ATTORNEYS FOR DEFENDANT CUYAHOGA COUNTY BOARD OF ELECTIONS

    Respectfully Submitted,

    WAN J. KIM
    Assistant Attorney General
    Civil Rights Division

    GREGORY A. WHITE
    United States Attorney

    JOHN K. TANNER
    Chief, Voting Section

    CHRISTOPHER COATES
    Principal Deputy Chief, Voting Section

    s/Abel Gomez
    ABEL GOMEZ
    SEAN W. O'DONNELL
    SONYA L. SACKS
    Attorneys, Voting Section
    U.S. Department of Justice, Civil Rights Division
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530
    202-305-1582 (phone) / 202-307-3961 (facsimile)
    abel.gomez@usdoj.gov (email address)
    Attorneys for the United States of America