UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:06CV1652 |
| | : | |
| Plaintiff(s), | : | |
| | : | JUDGE O'MALLEY |
| v. | : | |
| | : | |
| | : | **ORDER** |
| CITY OF EUCLID, et al. | : | |
| | : | |
| Defendant(s). | : | |

As stated in greater detail during the August 21, 2007 hearing, the Court finds that the United States has established that the current system for councilmanic elections in the City of Euclid (the "City") is violative of Section 2 of the Voting Rights Act. See 42 U.S.C. 1973. The parties shall file their proposed findings of fact and conclusions of law by Friday, September 21, 2007, after which the Court will issue a more detailed opinion memorializing its findings of facts and conclusions of law.

Further, as discussed during the August 21, 2007 hearing, Court finds that United States has satisfied the requirements for injunctive relief in this matter. Accordingly, the councilmanic elections scheduled for November 2007, including the election for the position of council president, are **STAYED.** The petition deadline of August 23, 2007 for those seeking to run for city council is also stayed. Furthermore, the Court bars certification of any existing petitions that may have already been

filed. The Court, as necessary, will address the validity of those petitions already filed in connection with its ultimate enforcement of a remedy in this case.

**IT IS SO ORDERED.**

                                                  s/ Kathleen M. O'Malley
                                                  **KATHLEEN McDONALD O'MALLEY**
                                                  **UNITED STATES DISTRICT JUDGE**

**DATED: August 23, 2007**